LOVELLA SCOTT, Respondent, v. DANIEL STEVENSON,
APPELLANT.

*Agent — authority of — how proved.*

In an action brought upon a promissory note, alleged to have been transferred by the payee, through the agency of one Hunt, to the plaintiff, the defendant interposed the defense of payment. Upon the trial plaintiff testified that the note was brought to her by one Hunt; and she was also allowed, against the objection and exception of the defendant, to state what was said by Hunt at that time. No evidence was given to show that Hunt had any authority to act for the payee. *Held,* that the declarations of Hunt were improperly received; that his authority could not be proved by his own declarations; nor could it be implied from his possession and delivery of the note.*

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Charles Hughes,* for the appellant.

*E. F. Bullard,* for the respondent.

Opinion by COUNTRYMAN, J.

Present — HARDIN and COUNTRYMAN, JJ.

Judgment reversed and new trial granted, costs to abide event.